■ The People of the State of New York, Respondent, v. Norman Rookard, Appellant.— Motion granted and appeal dismissed.

■ In the Matter of Albert M. MacRorie, Appellant, against Joseph P. Kelly, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for a stay granted on condition that appellant file and serve printed records and briefs on or before January 27, 1958, respondent's brief to be filed and served on or before February 28, 1958 and case set down for argument on March 5, 1958.

■ The People of the State of New York ex rel. Jesse L. Hughes, Jr., Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers etc., denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Arthur Johnson, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Earl L. Jordan, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers, etc., denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Lawrence Carroll, Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Michael Spack, Appellant.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of Leonard Stanley, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of Grant Youker, Petitioner, against Town Board of the Town of Elbridge, Onondaga County, et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ The People of the State of New York ex rel. Jerome Alexander Blake, Appellant, against Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

### (January 15, 1958)

■ In the Matter of the Accounting of Boshe A. Speedy et al., as Administrators of the Estate of Charles Pappas, Deceased, Respondents. Nikola S. Bedelov et al., Appellants.— Decree affirmed, without costs of this appeal to any party. All concur. (Appeal from a decree of Monroe Surrogate's Court denying petitioner's application to compel administrators to render their accounts.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.